**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA**, ) | |
| ) | Case No. 1:07CR00020 |
| v. ) | |
| ) | **FINAL ORDER** |
| **BRYANT KELLY PRIDE.** ) | By: James P. Jones |
| ) | United States District Judge |

For the reasons set forth in the Opinion accompanying this Final Order, it is **ORDERED** that the government's Motion to Dismiss is GRANTED, and the defendant's § 2255 motion is DENIED. It is further **ORDERED** that based upon the court's finding that the defendant has not made the requisite showing of denial of a substantial right, a certificate of appealability is DENIED.

ENTER: January 25, 2011

/s/ JAMES P. JONES
United States District Judge